BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JACK B. HAYCOCK, IDAHO STATE BAR NO. 2942
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. CR-19-379-E-DCN |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | 18 U.S.C. § 3 |
| ALDEN HUGH BREWSTER, | |
| Defendant. | |

The Grand Jury charges:

### COUNT 1

**Accessory to Murder**
**18 U.S.C. § 3**

On or about February 3, 2018, in the State and District of Idaho, the defendant, ALDEN HUGH BREWSTER, knowing that an offense against the United States has been committed, to wit, the second degree murder of A. P., did receive, relieve, comfort, and assist the offender,

**INDICTMENT - 1**

Justin William Beasley, in order to hinder and prevent the offender's apprehension, trial, and punishment, in violation of Title 18, United States Code, Section 3.

Dated this ___ day of November, 2019.

A TRUE BILL

/s/ *[signature on reverse]*
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:
_____
JACK B. HAYCOCK
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT -** 2